FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 30 AM 11: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

STEVEN SIMMONS,

    Plaintiff,

v.

                          Docket No. 04cv2701-Ma/P

MID-SOUTH TRANSPORTAION
MANAGEMENT, ET AL,

    Defendants.

---

## ORDER GRANTING MOTION TO WITHDRAW

---

THIS cause came before the Court upon the Motion to Withdraw as counsel for Plaintiff, Steve Simmons, filed by Felicia Corbin Johnson and the Corbin Johnson Law Firm; and from all of which it appears to the Court that notice of the motion was given to the Plaintiff and all interested persons, Plaintiff agrees with the withdrawal, that no objections or requests for a hearing have been filed and for good cause show, the motion should be granted.

**IT IS THEREFORE, ORDERED ADJUDGED AND NOTICED** that Felicia Corbin Johnson and the Corbin Johnson Law Firm motion to withdraw as counsel for Plaintiff is granted.

Judge ~~Samuel Mays~~ Tu M. Phan

November 29, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-05-05_

26

Approved as to Form:

_____
Felicia Corbin Johnson, 18601
Corbin Johnson Law Firm
2736 Warford, Suite 102
Memphis, Tn 38128
(901) 354-0456


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this order was mailed to the following interested persons on this 29th day of November, 2005 via First Class, U.S. Mail, postage prepaid.


Steve Simmons
2011 Rile Street
Memphis, TN 38109
(901) 949-4980

Emma Cole
Law Office of Emma Cole
2693 Union Ave., Ext., Suite 200
Memphis, TN 38112
(901) 327-7977

James H. Stock
Weintraub Stock & Grishmam
1715 Aaron Brenner Drive, Suite 512
Memphis, TN 38120
(901) 526-0431

Daniel Scott Lovett
Law Office of Daniel Scott Lovett
8124 Rebbecca Woods Drive
Arlington, TN 38002

_____
Felicia Corbin Johnson

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02701 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Felicia Corbin Johnson
LAW OFFICE OF FELICIA CORBIN
2736 Warford Ave.
Ste. 102
Memphis, TN 38128

Emma Cole
LAW OFFICE OF EMMA COLE
2693 Union Ave., Extd.
Ste. 200
Memphis, TN 38112

Daniel Scott Lovett
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT